In the Matter of the Claim of V. GULLOTTA, Respondent, against FRIESTEDT UNDERPINNING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD,

---

* Verdict was reduced from $5,394 to $4,000 in an action to recover damages for personal injuries and for property damage resulting from negligence in an automobile accident.— [REP.

† Added by Laws of 1926, chap. 385.— [REP.

Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.   Present — Cochrane, P. J., Van Kirk, Hinman, Davis and Whitmyer, JJ.